IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY /BM/ D.C.

05 JUL 20 AM 11: 25

CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

UNITED STATES OF AMERICA

v.

No. 05-20227-Ma

Claudy Redmond

## ORDER SPECIFYING PERIOD OF EXCLUDABLE DELAY UNDER THE SPEEDY TRIAL ACT

The defendant has this day notified the Court that he or she is attempting to obtain private counsel to represent him or her in this action. Pursuant to the Speedy Trial Act, as set out in 18 U.S.C. §3161(h)(8)(B)(iv), a defendant may be granted a period of excludable delay while attempting to obtain private counsel. It is therefore ORDERED that the time period of 7/20/05 through, 8/2/05 be excluded from the time its imposed by the Speedy Trial Act for trial of this case, while the defendant is attempting to obtain private counsel.

This 20th day of July, 2004 5

_Diane K. Vescovo_
UNITED STATES MAGISTRATE JUDGE

Reset: Wednesday, Aug. 3, 2005, before Judge Anderson

10

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 10 in case 2:05-CR-20227 was distributed by fax, mail, or direct printing on July 22, 2005 to the parties listed.

---

E. Greg Gilluly
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT