IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY /s/ D.C.

05 AUG -3 AM 11: 44

UNITED STATES OF AMERICA

v.                                              No. 05-20227-Ma

Claudy Redmond

---

ORDER SPECIFYING PERIOD OF EXCLUDABLE DELAY
UNDER THE SPEEDY TRIAL ACT

---

The defendant has this day notified the Court that he is attempting to obtain private counsel to represent him in this action. Pursuant to the Speedy Trial Act, as set out in 18 U.S.C. §3161(h)(8)(B)(iv), a defendant may be granted a period of excludable delay while attempting to obtain private counsel. It is therefore ORDERED that the time period of 8-3-05 through, 8-16-05 be excluded from the time limits imposed by the Speedy Trial Act for trial of this case while the defendant is attempting to obtain private counsel.

**ARRAIGNMENT reset to Wednesday, 8-17-e, 2005, at 10:00 a.m. before Magistrate Judge Anderson.**

This 3rd day of August, 2005.

S. Thomas Anderson
UNITED STATES MAGISTRATE JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 8-4-05

12

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 12 in case 2:05-CR-20227 was distributed by fax, mail, or direct printing on August 4, 2005 to the parties listed.

---

E. Greg Gilluly
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT