IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA

V.

Cr. No. 05-20227-Ma

CLAUDY REDMOND

## ORDER SPECIFYING PERIOD OF
## DELAY EXCLUDABLE UNDER SPEEDY TRIAL ACT

The defendant notified the Court that he is unable to retain counsel in this matter. After questioning the defendant regarding his financial status, the court appointed the Federal Defender's Office to represent the defendant. Pursuant to the Speedy Trial Act, as set out in 18 U.S.C. § 3161(h)(8)(A) and (B)(iv), the court may grant the defendant a period of excludable delay to serve the ends of justice, while the defendant was unrepresented by counsel..

IT IS THEREFORE ORDERED that the time period of August 17, 2005 through August 24, 2005 be excluded from the time limits imposed by the Speedy Trial Act for trial of this case.

**ARRAIGNMENT IS RESET TO WEDNESDAY, August 24, 2005 at 9:30 a.m. BEFORE MAGISTRATE JUDGE ANDERSON.**

_S. Thomas Anderson_
UNITED STATES MAGISTRATE JUDGE

DATE: August 17, 2005

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 8-22-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 14 in case 2:05-CR-20227 was distributed by fax, mail, or direct printing on August 23, 2005 to the parties listed.

---

E. Greg Gilluly
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT